# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICHARD SIMONEAU,<br><br>       Plaintiff,<br><br>   v.<br><br>FCA US, LLC,<br><br>       Defendant. | Case No.  1:21-cv-00210-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>THIRTY DAY DEADLINE |
|---|---|

On August 27, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  (ECF No. 13.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 30, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1