# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIMONEAU,<br><br>           Plaintiff,<br><br>   v.<br><br>FCA US, LLC,<br><br>           Defendant. | Case No. 1:21-cv-00210-NONE-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 16) |

       On August 27, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 13.) On August 30, 2021, the Court vacated all pending matters and dates and ordered the parties to file dispositional documents within 30 days. (ECF No. 15.)

       On September 29, 2021, the parties filed a joint statement regarding the status of settlement, in which the parties reported that, despite execution of a formal settlement agreement on September 1, 2021, Plaintiff has not yet received settlement funds and does not intend to file a stipulation of dismissal of the action until the funds are received. (ECF No. 16.)

       Generally, once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties

/ / /

comply with the terms of the settlement.[1]  Nonetheless, construing the parties' filing as a request for an extension of time to file the dispositional documents, the Court shall grant the parties an additional thirty (30) days to file dispositional documents.  The parties are advised that no further extensions of time shall be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents within thirty (30) days of the date of electronic filing of this order.

IT IS SO ORDERED.

Dated:  __**September 30, 2021**__    _____
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Indeed, the Court notes Defendant FCA US LLC has, in another case previously before this court, failed to timely fulfill the terms of its settlement agreement, which resulted in the initial refusal of the plaintiff to file a notice of dismissal and a similar admonishment from the Court.