# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIMONEAU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-00210-NONE-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 20) |

　　　　On August 27, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 13.) On August 30, 2021, the Court vacated all pending matters and dates and ordered the parties to file dispositional documents within 30 days. (ECF No. 15.)

　　　　On September 29, 2021, the parties filed a joint statement regarding the status of settlement, in which the parties reported that, despite execution of a formal settlement agreement on September 1, 2021, Plaintiff has not yet received settlement funds and does not intend to file a stipulation of dismissal of the action until the funds are received. (ECF No. 16.) The Court granted an extension of time to file the dispositional documents but reminded the parties that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of

1

the settlement. (ECF No. 17.) The Court also cautioned the parties that it would not grant further extensions of time absent a showing of good cause. (Id.)

Nonetheless, construing the parties' filing as a second request for an extension of time to file the dispositional documents, the Court shall grant the parties an additional thirty (30) days to file dispositional documents. However, the parties are advised that no further extensions of time shall be granted absent a showing of good cause. The parties are also cautioned that merely proffering the fact that settlement funds have not been disbursed will not be construed as good cause sufficient to grant a further extension. Simply put, dispositional documents must be timely filed following the notice of settlement.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents within thirty (30) days of the date of electronic filing of this order. Failure to comply with the Court's order may result in the imposition of sanctions against all parties and their attorneys of record.

IT IS SO ORDERED.

Dated:   **November 1, 2021**

UNITED STATES MAGISTRATE JUDGE