# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIMONEAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00210-NONE-SAB<br><br>ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED<br><br>(ECF No. 22) |

On August 27, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 13.) On August 30, 2021, the Court vacated all pending matters and dates and ordered the parties to file dispositional documents within 30 days. (ECF No. 15.) The Court has previously extended the time to file dispositional documents two times. (ECF Nos. 17, 21.) In granting the most recent extension on November 1, 2021, the Court advised the parties that no further extensions of time would be granted absent a showing of good cause, and that merely proffering the fact that settlement funds have not been disbursed would not be construed as good cause sufficient to grant a further extension. (ECF No. 21.)

On November 30, 2021, the parties filed a stipulation requesting a further extension of forty-five (45) days to file dispositional documents. (ECF No. 22.) Plaintiff is still not in receipt

1

of the settlement funds. Defendant apologizes to the Court for the delay and has been informed that the settlement funds have been requested through its Early Resolution Program and that the settlement check is expected to be issued within the next few weeks "due to budgetary and other unprecedented issues adversely affecting the auto industry." (Id. at 2.) The Court finds good cause to grant the requested extension. However, the Court would generally be disinclined to grant an extension beyond thirty (30) days given the history of settlement in this action and given the Defendant's proffer that the check will be ready in a few weeks. The Court shall nonetheless grant the longer extension with the expectation this will be the last such extension necessary to complete the settlement.

Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional documents within forty-five (45) days of the date of entry of this order. Failure to comply with the Court's order may result in the imposition of sanctions against all parties and their attorneys of record.

IT IS SO ORDERED.

Dated:   **December 1, 2021**

UNITED STATES MAGISTRATE JUDGE