1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIMONEAU,<br><br>              Plaintiff,<br><br>        v.<br><br>FCA US, LLC,<br><br>              Defendant. | Case No.  1: 21-cv-00210-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 25) |

        On January 13, 2022, a stipulation was filed dismissing this action with prejudice and, informing the Court attorneys' fees have already been paid in pull.  (ECF No. 25.)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an additional award of costs or attorneys' fees.

        Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE